UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PORT ROYAL MARINE CO. LTD.,

          Plaintiff,

- against -

ASTON AGRO-INDUSTRIAL A.G.,

          Defendant.
----------------------------------------X

JUDGE JONES

08 CV 0485

ECF CASE



JAN 18 2008
U.S.D.C. S.D. N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: January 18, 2008
      New York, NY

                  The Plaintiff,
                  PORT ROYAL MARINE CO. LTD

                  By: _____
                  Nancy R. Peterson
                  Charles E. Murphy
                  LENNON, MURPHY & LENNON, LLC
                  The Gray Bar Building
                  420 Lexington Ave., Suite 300
                  New York, NY 10170
                  (212) 490-6050
                  facsimile (212) 490-6070
                  nrp@lenmur.com