UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
PORT ROYAL MARINE CO. LTD.,

                Plaintiff, :   08 Civ. 0485 (BSJ)

  - against -                  :   ECF CASE

ASTON AGRO-INDUSTRIAL A.G.,

                Defendant.
--------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein.

Dated: January 30, 2008
       New York, NY

                              The Plaintiff,
                              PORT ROYAL MARINE CO. LTD.,

                              By: _____
                              Charles E. Murphy (CM 2125)
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050
                              facsimile (212) 490-6070
                              cem@lenmur.com

SO ORDERED:

_____
USDJ.
1/30/08